UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSE LUIS MORALES,

Petitioner

v.

STUART SHERMAN,

Respondent.

Case No. 5:16-cv-02679-DMG (GJS)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all pleadings and other documents filed in this action, the original Report and Recommendation of United States Magistrate Judge [Dkt. 22, "Report"], Petitioner's Objections to the Report [Dkt. 23], Respondent's Reply [Dkt. 28], Petitioner's Objections to the Reply [Dkt. 29], the Final Report and Recommendation of the Magistrate Judge [Dkt. 30, "Final Report"], and Petitioner's Objections to the Final Report [Dkt. 31]. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those matters to which objections have been stated.

Having completed its review, the Court accepts the findings and recommendations set forth in the Final Report. Accordingly, **IT IS ORDERED**

that: (1) the Petition is DENIED; and (2) Judgment shall be entered dismissing this action with prejudice.

DATE: August 30, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE