UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS MORALES,<br>Petitioner<br>v.<br>STUART SHERMAN,<br>Respondent. | Case No. 5:16-cv-02679-DMG (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice.

DATED: August 30, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE